

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CLAUDE ARNOLD PERKINS, JR.,**

    Plaintiff,

v.                                                                               Civil Action No. **3:15CV506**

**DR. KOLORGO,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on September 16, 2015, the Court conditionally docketed Plaintiff's action. On September 28, 2015, the United States Postal Service returned the September 16, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER" and "MOVED WITHOUT FORWARDING ADDRESS," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                     /s/
                                                     M. Hannah Lauck
Date:                                        United States District Judge
Richmond, Virginia